___ I am the heir/legal representative of the creditor who is deceased. I have attached a certified copy of the death certificate and other appropriate documents that support my right to act on behalf of the decedent's estate.

X None of the above apply. I have attached documents that show that I am entitled to the unclaimed funds because: *Case was dismissed.*
*Case # 15-50540*

I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these funds.

On *3\5\16*, I mailed a copy of this application to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

I understand that pursuant to 18 U.S.C. section 152, I will be fined not more than $5,000.00, or imprisoned not more than five years, or both if I knowingly and fraudulently made any false statements in this document.

*I certify, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.*

_____
Signature of Creditor/Claimant

*3228 Sieber Way San Jose CA. 95111*
Address of Creditor/Claimant

*Jose Renteria*
Typed or Printed Name

*408 644-9494*
Telephone Number of Creditor/Claimant

*3/5/16*
Date

_____
E-mail Address of Creditor/Claimant

NOTARY